IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD KEITH UNDERWOOD,

                Plaintiff,                ORDER

v.                                          18-cv-326-bbc

NANCY A. BERRYHILL,[1]
Acting Commissioner of Social Security,

                Defendant.

Plaintiff Gerald Keith Underwood has filed a civil suit pursuant to 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

Accordingly, IT IS ORDERED that plaintiff Gerald Keith Underwood's petition for leave to proceed without prepayment of the filing fee is GRANTED. The clerk of court shall issue the summons and send it via certified mail, along with a copy of the complaint, to the defendant, the local United States Attorney and the United States Attorney General in accordance with Federal Rule of Civil Procedure 4(i).

Entered this 8th day of May, 2018.

                                      BY THE COURT:

                                      /s/
                                      PETER OPPENEER
                                      Magistrate Judge

---

[1] I have amended the caption to replace "Carolyn W. Colvin" with the name Nancy A. Berryhill, the current Acting Commissioner of the Social Security Administration.