IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD KEITH UNDERWOOD,

    Plaintiff,

  v.

NANCY A. BERRYHILL,

    Defendant.

Case No. 18-cv-326-slc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy Berryhill, Acting Commissioner of Social Security, denying plaintiff Gerald Underwood's application for disability benefits is AFFIRMED and dismissing the appeal.

_/s/_  
Peter Oppeneer, Clerk of Court

3/20/2019  
Date