UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2019 MAY 13 AM 11: 12
PETER OPPENEER
CLERK US DIST CO
WD OF WI

GERALD K. UNDERWOOD

PLAINTIFF,

VS                                          CASE NO.: 18-cv-326

NANCY BERRYHILL

Commissioner of Social Security,

DEFENDANT.

## NOTICE OF APPEAL

Notice is hereby given that Gerald Underwood, by himself, Pro-Se, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, and order dated March 19, 2019 and the judgment dated March 19, 2019 by Federal District Magistrate Judge Stephen Crocker which affirmed the decision of the Defendant, Nancy Berryhill, Commissioner of social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C{{ 216(i) and 223. and SSI (2).

Dated this 23rd day of ~~April~~, 2019.
9    May

GERALD KEITH UNDERWOOD(PRO SE) Plaintiff
JEFGOTHARD@GMAIL.COM
~~1819 Aberg Ave~~
~~Madison, WI 53704~~
352-209-6072
4339 S. Velma Pt
Homosassa, Fl
34446